**DENY; and Opinion Filed June 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00629-CV

### IN RE JAY SANDON COOPER, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## MEMORANDUM OPINION
Before Justices Brown, Schenck, and Reichek
Opinion by Justice Brown

Relator Jay Sandon Cooper is a vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.101(a). In this original proceeding, relator seeks a writ of mandamus directing the trial court to (1) enter an order declaring the June 25, 2015 prefiling order void, and (2) enter an order requiring the district clerk to file certain motions relator submitted for electronic filing in April 2019 that the district clerk purportedly refused to accept.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the

court determines relator is not entitled to the relief sought).

/Ada Brown/
ADA BROWN
JUSTICE

190629F.P05